*Office of the Standing Chapter 13 Trustee*
*Marianne DeRosa*
*100 Jericho Quadrangle, Suite 127*
*Jericho, New York 11753*
*516-622-1340*

May 8, 2020

U.S. Bankruptcy Court
Long Island Federal Courthouse
Attn: Financial Department
290 Federal Plaza
Central Islip, NY 11722-4437

Re:    Jung Shik Suh
       82 Manor Street, Plainview, NY 11803
       Chapter 13 Case No: 819-71184-AST

Dear Financial Clerk:

My Chapter 13 Trustee check numbers 866333 in the sum of $30,390.90 payable to the Clerk of the Court, will be sent under separate cover.

With reference to the above-captioned bankruptcy case, the check represents an unclaimed dividend or an unclaimed refund due to:

Debtor

All returned and cancelled checks must be retained by this office for future reference by either creditor inquiries, debtor inquiries or by my auditors. Additionally, it is impossible to provide an original bank statement indicating a stop payment or cancelled check on every returned check by creditors under my Chapter 13 Trustee distribution.

Thank you for your courtesy.

Very truly yours,
s/Marianne DeRosa
Marianne DeRosa, Trustee

MDR/ca